Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BIRCH, BLACK and HILL, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Terrance McIntyre, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and McIntyre's conviction and sentence are **AFFIRMED.**

UNITED STATES of America, Plaintiff–Appellee,

v.

**Jose Luis LEDESMA, Defendant–Appellant.**

No. 06–15653

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 11, 2007.

Gwendolyn L. Spivey, Randolph P. Murrell, Federal Public Defenders, Tallahassee, FL, for Defendant–Appellant.

---

Terry Flynn, U.S. Attorney's Office, N.D. of Florida, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before DUBINA, CARNES and HILL, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Jose Luis Ledesma, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ledesma's convictions and sentences are **AFFIRMED.** Ledesma's motion to stay proceedings is **DENIED.**